UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

LILIAN JOSEFA DIEZ

DEBTOR_____/

CASE NO.: 19-24064-BKC-LMI
PROCEEDING UNDER CHAPTER 13

## NOTICE OF DEPOSIT OF FUNDS WITH
## THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$20,238.92** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before pressenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: 06-16-2021

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

LILIAN JOSEFA DIEZ
5790 SW 34 ST
MIAMI, FL 33155

LAZARO J. LOPEZ, ESQUIRE
2333 BRICKELL AVE
SUITE A-1
MIAMI, FL 33129

U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

US BANK NATIONAL ASSOCIATION
CENLAR FSB
425 PHILLIPS BLVD
EWING, NJ 08618

US BANK NATIONAL ASSOCIATION
CENLAR FSB
425 PHILLIPS BLVD
EWING, NJ 08618

Sirote & Permutt, P.C.
1000 Corporate Drive, Suite 150
Fort Lauderdale, FL 33334

NOTICE OF DEPOSIT OF FUNDS
CASE NO.: 19-24064-BKC-LMI

ATTACHMENT

**NOTICE OF DEPOSIT OF FUNDS WITH THE
UNITED STATES BANKRUPTCY COURT CLERK**

**ATTACHMENT - LISTING OF CLAIMANT**

**CASE NO.: 19-24064-BKC-LMI**

US BANK NATIONAL ASSOCIATION  $17,690.62
CENLAR FSB
425 PHILLIPS BLVD
EWING, NJ  08618

RETURNED FROM CREDITOR
BECAUSE CASE DISMISSED
CLAIM REGISTER # 3

US BANK NATIONAL ASSOCIATION  $2,548.30
CENLAR FSB
425 PHILLIPS BLVD
EWING, NJ  08618

RETURNED FROM CREDITOR
BECAUSE CASE DISMISSED
CLAIM REGISTER # 3